# IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **IN RE:** | **CASE NO. 09-02852** |
| **NEW YORK MORTGAGE BANKERS INC** | **Chapter 7** |
| | **Adversary No. 14-00240** |
| **Debtor(s)** | |

| | |
|---|---|
| **FIRSTBANK PR** | |
| **Plaintiff** | |
| **vs.** | |
| **WIGBERTO LUGO MENDER, CHAPTER 7 TRUSTEE** | |
| **Defendant(s)** | **FILED & ENTERED ON 06/03/2016** |

## ORDER

Defendant, Wigberto Lugo Mender, Chapter 7 Trustee's *Motion Requesting Partial Summary Judgmen*t is GRANTED, in part. The court shall not consider the late filed *Opposition* submitted by Plaintiff Firstbank PR. As such, partial judgment is entered in favor of the Defendant regarding Plaintiff's claims made for payment on mortgage notes issued by or related to Esmeralda Rivera,

Jose De Jesus Sepulveda and Joan Pena Vega. With regards to the payments received related to Carlos Reyes Melendez, the Defendant has failed to provide any evidence that refutes Plaintiff's ownership of this mortgage note. As such all monies collected by the Defendant from Mr. Carlos Reyes Melendez shall be turned over to Plaintiff forthwith. Moreover, the Defendant shall inform the loan servicer for the mortgage note pertaining to Mr. Carlos Reyes Melendez, Banco Santander Puerto Rico, that going forward all funds collected shall be remitted directly to Plaintiff. The clerk shall set a status conference to see what issues remain for adjudication by the court.

SO ORDERED

San Juan, Puerto Rico, this 3rd day of June, 2015.

Brian K. Tester
U.S. Bankruptcy Judge